JOSEPH J. GENESSE, Appellant, v. GRACE M. GENESSE, Respondent.— Plaintiff appeals from a judgment which dismissed his complaint for an annulment of his marriage to defendant and which granted the latter a separation, with provisions for support and recovery of an unpaid installment of temporary alimony. Judgment unanimously affirmed, without costs.   The credibility of plaintiff and his witness was for the Trial Justice who was not, on this record, obliged to find that the first wife of plaintiff was not a resident of Illinois for the statutory period required by the laws of that State.   In the absence of such a finding the decree was entitled to full credit in this State.   (*Williams* v. *North Carolina,* 317 U. S. 287; 325 U. S. 226.)   Therefore, the marriage of the parties here was valid and the annulment was properly denied.   In view of the absence of a reply to the counterclaim, the fact that plaintiff in his complaint alleged that he had ceased to live and cohabit with the defendant, and the fact that his version of the incidents prior to the institution of the action has been rejected, the defendant was entitled to judgment on her counterclaim.   Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.

In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to GILLEN PLACE, from BUSHWICK to JAMAICA AVENUES, in the Borough of Brooklyn.  BROOKLYN UNION GAS COMPANY, Respondent-Appellant; CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent.— In a condemnation proceeding by the City of New York, a public street was closed and the fee to the street taken by the city and conveyed to its board of transportation for use in a proprietary capacity.   Awards were made to two utility company claimants for the cost of removing their subsurface structures from the closed street and relocating them in another street; and a claim for an additional subsurface structure which was left in the closed street was disallowed.  Final decree, insofar as appeal is taken therefrom, unanimously affirmed, without costs.   No opinion.   Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ.  [195 Misc. 685.]   [See *post*, p. 840.]